867 A.2d 1261

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Donald Robert CONKLIN, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 12, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of January, 2005, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issue:

> Whether the Commonwealth, as part of its burden of proof in a proceeding to determine whether an individual is a sexually violent predator, must present expert testimony, in the form of a clinical diagnosis by a licensed psychologist or psychiatrist, that the individual suffers from a personality disorder or mental abnormality that makes the person likely to engage in predatory sexually violent offenses.